# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**902**

**KA 13-01010**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, PERADOTTO, AND CARNI, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                          MEMORANDUM AND ORDER

JOHN SANTORO, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR
DEFENDANT-APPELLANT.

SCOTT D. MCNAMARA, DISTRICT ATTORNEY, UTICA (STEVEN G. COX OF
COUNSEL), FOR RESPONDENT.

------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Oneida County Court (Barry M.
Donalty, J.), rendered February 28, 2013. The judgment convicted
defendant, upon his plea of guilty, of escape in the first degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Same memorandum as in *People v Santoro* ([appeal No. 1] ___ AD3d
___ [Oct. 2, 2015]).

Entered: October 2, 2015                     Frances E. Cafarell
                                             Clerk of the Court